Payam Shahian (SBN 228406)
pshahian@slpattorney.com
Jacob Cutler (SBN 264988)
jcutler@slpattorney.com
**STRATEGIC LEGAL PRACTICES, APC**
1840 Century Park East, Suite 430
Los Angeles, CA 90067
Telephone: (310) 929-4900
Facsimile: (310) 943-3838

Attorneys for Plaintiff NEKISSA ZAREH

JS6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEKISSA ZAREH, <br><br> Plaintiff, <br> v. <br><br> FCA US, LLC; RUSSELL WESTBROOK CDJR; and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No.: 2:20-cv-01160-RSWL-MAA <br><br> District Judge: Hon. Ronald S.W. Lew <br> Magistrate Judge: Maria A. Audero <br><br> **JUDGMENT REGARDING PAYMENT OF ATTORNEY'S FEES, COSTS AND EXPENSES [17]** |

///

///

///

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

**JUDGMENT**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiff Nekissa Zareh ("Plaintiff") and Defendant FCA US LLC ("FCA US") (collectively, "the Parties"), resolved this matter by a California Code of Civil Procedure Section 998 for $40,000 plus a motion for attorney's fees, costs and expenses.

The Parties subsequently resolved the attorney's fees, costs and expenses through a stipulation for $22,000 (See Dkt.15)

Accordingly, the Court enters JUDGMENT in the amount of $22,000 against Defendant FCA US LLC.

**IT IS SO ORDERED.**

Date: 6/22/2020                   s/ RONALD S.W. LEW
                                  Hon. Ronald S.W. Lew
                                  U.S. DISTRICT JUDGE